**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ANTHONY and PATRICIA LUCIOTTI<br>WILLIAM and JESSICA VESPE,<br><br>Plaintiffs,<br>-v-<br><br>THE BOROUGH OF HADDONFIELD,<br>NEW JERSEY<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civ. No.: 1:20-cv-03539-CPO-SAK |

## JURY QUESTIONNAIRE

1. My name is _______________

2. My juror number is ____________

3. I presently reside in __________________________

4. Prior to that I lived in ____________________

5. Describe any educational degrees or vocational training ________________

6. What, if any, military service have you performed? If you have served in the military, please state your years of service, rank, and nature of discharge.

   _______________________________________________________________

7. I am employed at ____________and have been for _________years.

8. My occupation is _________________

9. Before that I was employed at __________________

10. I read the following newspapers or get my news from the following television, internet websites or sources _________________

11. My significant other's name and occupation is _________________

12. My significant other's employer is _________________

13. My significant other has been employed there for __________ years

14. I have ________________ children and their ages are _______

15. I have _____________children at home or in school

16. My employed children work for ___________________.

17. Do you have any hobbies or belong to any civic/volunteer organizations or labor unions?

18. Have you previously served on a jury, either in a State or Federal court, on a civil or criminal trial?

    a. If so, was it civil or criminal?

    b. State or Federal?

    c. Did you deliberate as a juror?

    d. Did you reach a verdict and if so, what was it?

    e. Anything about that case that impacts your ability to be fair and impartial in this case?

19. Do you have any health conditions that would make it difficult for you to hear or see witnesses testify or evidence offered in court?

20. I have already briefly described this case. Do you know anything about this case from any source other than what I've just told you?

21. Do any of you or any of the members of your family have any legal training?

22. Did any of you know each other before this morning?

23. In our court system, the Plaintiff puts on their evidence first and the Defendant does not put on their evidence until the Plaintiff is finished. The Defendant does not have to put on any evidence if they choose not to do so. You must remain impartial and not make a decision about the case until you have heard all of the evidence, both from the Plaintiff and Defendant. Will you be able to remain impartial until you have heard all of the evidence?

24. I will instruct you on the law at the conclusion of the case. If selected as juror, you will take an oath to follow the law. Do you think you would have trouble following the law as given to you, even if you may disagree with it?

25. Will you be able to listen to all the facts as they are presented to you without prejudice or sympathy for, or against, any person involved in this case?

26. Do you have any strong feelings either for or against a party who brings a lawsuit?

27. A plaintiff is the person or corporation who has initiated a lawsuit. Do you have a bias for or against a plaintiff simply because he or she has brought a lawsuit?

28. A defendant is a person or corporation against who a lawsuit has been brought. Do you have a bias for or against a defendant simply because the lawsuit has been brought against him or her?

29. Is there any reason you believe you would be unable to be a fair and impartial juror in this case?

**PLAINTIFFS' PROPOSED ADDITION**:

30. Do you believe public entities, like local governments, should be treated differently than private corporations or individuals when it comes to their legal liability and payment of damages?

**DEFENDANT'S PROPOSED ADDITIONS**:

31. Have you or a family member or close personal friend sustained damage to your property from a flood?

32. Are you or a family member or close friend employed by a company or business that provides remediation and reconstruction services to property owners following floods, fires or other damages to homes or businesses?

33. Have you or any family member or close personal friend ever worked for a municipality?

34. Have you or any family member or close personal friend been employed in processing, investigating or handling any type of claim involving property damages?

35. Have you or any family member or close personal friend ever had any dispute with a municipality?

Respectfully submitted,

Date: August 19, 2024

By: *s/ Patrick Howard*

Simon B. Paris
Patrick Howard
**SALTZ, MONGELUZZI, & BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 575-3896

*Counsel for Plaintiffs*

By: *s/ Joshua P. Locke*

Joshua P. Locke
Robert J. Gillispie, Jr.
**DONNELLY, PETRYCKI & SANSONE, P.C.**
2201 Route 38
Suite 300
Cherry Hill, NJ 08002
Tel: (856) 667-2600

*Counsel for Defendant, Borough of Haddonfield*